Certificate Number: 13858-OKE-DE-039831221

Bankruptcy Case Number: 25-80535


13858-OKE-DE-039831221

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2025, at 8:22 o'clock PM CDT, Jerry Lee Livingston, Jr. completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Oklahoma.

Date: July 2, 2025

By: /s/Seleste Muniz

Name: Seleste Muniz

Title: Counselor