# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| In Re: | ) |  |
|---|---|---|
|  | ) |  |
| JERRY LEE LIVINGSTON, Jr. | ) | Case No. 25-80535-PRT |
| MARIA LEANN LIVINGSTON | ) | Chapter 7 |
|  | ) |  |
| Debtors | ) |  |

## REPORT OF ASSET CASE

After investigation by Kelley G. Loud, Trustee of the above-captioned proceeding, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result.

The Trustee further requests that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this proceeding.

Attached is the Individual Estate Property Record and Interim Report (Form 1).

Dated: August 11, 2025

Respectfully submitted:

/s Kelley G. Loud
Kelley G. Loud, OBA #15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
*Attorney for Chapter 7 Trustee*

1

| Case No.: | 25-80535-PRT | | Trustee Name: | Kelley G. Loud |
|---|---|---|---|---|
| Case Name: | LIVINGSTON, Jr., JERRY LEE AND LIVINGSTON, MARIA LEANN | | Date Filed (f) or Converted (c): | 06/13/2025 (f) |
| For the Period Ending: | 8/11/2025 | | §341(a) Meeting Date: | 07/23/2025 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 717 N. Oak St. Checotah, OK - 74426-0000 McIntosh County Lot 12, Block 8 of Merrick Addition to the City of Checotah located in the NW/4 of the NW/4 of Section 33, Township 12 North Range 17 East of the IBM, McIntosh County, State of OK | $24,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2021 Dodge Ram 2500 | $30,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2008 Dodge Ram | $13,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Plan is to surrender property | | | | | |
| 4 | 2012 Dodge Ram | $17,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Plan is to surrender property | | | | | |
| 5 | 2018 Nitro Z20 Bass Boat with 250 Mercury outboard motor | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Plan is to surrender property | | | | | |
| 6 | 2018 GMC Yukon | $15,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Plan is to surrender property | | | | | |
| 7 | 2018 Yanmar 55 Excavator | $30,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Plan is to surrender property | | | | | |
| 8 | 2021 Lowboy 20' Flatbed Trailer | $10,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Plan is to surrender property | | | | | |
| 9 | household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | iphone 15, iphone 16, 2 ipads, 4 TVs | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 | fishing equipment | $300.00 | $300.00 | | $0.00 | $300.00 |
| 12 | Guns: 3 Muzcel loaders $50 each Remington 22 $50 2 20 gauge Remington pump $100 each 12 Browning B-80 $200 742 Woodmaster $100 Benelli 12 guage $300 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 13 | clothing | $300.00 | $0.00 | | $0.00 | FA |

| Case No.: | 25-80535-PRT | | Trustee Name: | Kelley G. Loud |
|---|---|---|---|---|
| Case Name: | LIVINGSTON, Jr., JERRY LEE AND LIVINGSTON, MARIA LEANN | | Date Filed (f) or Converted (c): | 06/13/2025 (f) |
| For the Period Ending: | 8/11/2025 | | §341(a) Meeting Date: | 07/23/2025 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | wedding rings | $500.00 | $0.00 | | $0.00 | FA |
| 15 | 2 dogs and a cat | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Checking Armstrong Bank #2928 | $146.49 | $146.49 | | $0.00 | $146.49 |
| 17 | Checking Armstrong Bank #9182 | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Checking Armstrong Bank #9550 | $1.85 | $1.85 | | $0.00 | FA |
| 19 | Cash App | $8.23 | $8.23 | | $0.00 | FA |
| 20 | Cash App | $503.00 | $503.00 | | $0.00 | $503.00 |
| 21 | Checking Chime | $1.76 | $1.76 | | $0.00 | FA |
| 22 | Checking Navy Federal Credit Union 0719 | $1.73 | $1.73 | | $0.00 | FA |
| 23 | Savings Navy Federal Credit Union #1198 | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Checking Spark #8781 | $10.49 | $10.49 | | $0.00 | FA |
| 25 | Savings Spark #8782 | $1.71 | $1.71 | | $0.00 | FA |
| 26 | Venmo | $3.39 | $3.39 | | $0.00 | FA |
| 27 | Paypal | $0.00 | $0.00 | | $0.00 | FA |
| 28 | Paypal | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Everlake Life | $0.00 | $0.00 | | $0.00 | FA |
| 30 | Primerica Life | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Wrongful death lawsuit against Saint Francis. Filed once in 2016, dismissed and refiled in 2020 Tulsa County CJ-2020-3488 | Unknown | $0.00 | | $0.00 | $0.00 |
| 32 | finishing tools, 2 finish machines, plate compactor, quickie saw | $3,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $172,778.65 | $1,978.65 | | $0.00 | $949.49 |

| Case No.: | 25-80535-PRT | Trustee Name: | Kelley G. Loud |
|---|---|---|---|
| Case Name: | LIVINGSTON, Jr., JERRY LEE AND LIVINGSTON, MARIA LEANN | Date Filed (f) or Converted (c): | 06/13/2025 (f) |
| For the Period Ending: | 8/11/2025 | §341(a) Meeting Date: | 07/23/2025 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  12/31/2026     Current Projected Date Of Final Report (TFR):

/s/ KELLEY G. LOUD
_____
KELLEY G. LOUD