IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JERRY LEE LIVINGSTON, JR. | ) | Case No. 25-80535 |
| MARIA LEANN LIVINGSTON | ) | Chapter 7 |
| | ) | |
| **Debtors.** | ) | |

**MOTION FOR RELIEF FROM STAY**

Now Into Court, through undersigned counsel, Carson Community Bank, ("Mover") who, pursuant to 11 U.S.C. §§ 361, 362, 363 and Bankruptcy Rules 4001, 6007, requests an order conditioning, modifying, or dissolving the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code:

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

Movant is a secured creditor, who has liens on the following items of personal property:

- 2008 Dodge Ram;
- 2012 Dodge Ram;
- 20' Lowboy trailer;
- 2018 GMC Yukon;
- 2017 Yanmar excavator; and,
- 2018 Nitro Z20 bass boat with 250 Mercury outboard motor.

Debtors obtained loans from Mover on April 4, 2022, March 30, 2023, and February 15, 2024 as evidenced by promissory notes (the "Notes"). To secure payment of the Notes, the Debtors executed UCC Financing Statements/ Security Agreements, which were filed with the

Oklahoma County Clerk on March 30, 2023 and November 6, 2024 (the "Security Agreements"). The Security Agreements granted liens on the above-referenced items of personal property (the "Collateral") owned by the Debtors; copies of the Security Agreements and Financing Statements are attached hereto Exhibit 1.

In their Statement of Intention contained within their Petition, the Debtors stated their intention to surrender all of the above-referenced collateral. Mover submits that a relief from the automatic stay would allow it to collect and sell the collateral in a timely manner and avoid costs of storage and depreciation.

WHEREFORE, Mover prays for an Order from the Court granting Mover relief from the automatic stay of § 362 of the Bankruptcy Code to permit Mover to proceed under law and for such other and further relief to which the Mover may be entitled.

    Respectfully submitted,

    J. Lance Hopkins, OBA#14852
    Attorney for
    Carson Community Bank
    219 W. Keetoowah
    Tahlequah, OK 74464
    (918) 456-8603
    Lance.hopkinslaw@yahoo.com