# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3D7MX49A38G214087 | 2008 | DODG | 810012970400 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | ME3 | | | 11-Apr-2023 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M0105 | Brown | 10-Apr-2023 | 92007 None | Add Lien |

DATE INS. LOSS OR SALVAGE

**MAILING ADDRESS**

CARSON COMMUNITY BANK
PO BOX 512
STILWELL OK 74960-0512

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S)
3/30/2023
CARSON COMMUNITY BANK

Keys
Ln: 1234523

**NAME AND ADDRESS OF THE VEHICLE OWNER**

JERRY LEE LIVINGSTON JR
AND/OR SHERRY LIVINGSTON
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.

CONTROL NO.
52708317
(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____
Purchaser(s) Complete Address: _____
Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ ☐ ☐ ☐ ☐ ☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____  Printed Name of Seller(s): _____
Subscribed and Sworn to Before me this _____ Day of _____ 20 _____
Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

VOID IF ALTERED

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL – REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER 3D7MX49A38G214087    TITLE NUMBER 810012970400

BUYER'S NAME (Printed): _____
BUYER'S ADDRESS/CITY/STATE/ZIP: _____
SELLER'S NAME (Printed): _____
SELLERS ADDRESS/CITY/STATE/ZIP: _____
SIGNATURE OF SELLER: _____ DATE OF SALE: _____
CONTROL No. (Not a Title Number) 52708317    VEHICLE LICENSE PLATE NUMBER _____
NOTICE OF TRANSFER FILING FEE: $10.00

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3C63DRLL4CG267709 | 2012 | DODG | 810012979826 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | RAM 3500 | | | 11-Apr-2023 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M0105 | White | 10-Apr-2023 | 72007 Actual | Add Lien |

DATE INS. LOSS OR SALVAGE

**MAILING ADDRESS**

CARSON COMMUNITY BANK
PO BOX 512
STILWELL OK 74960-0512

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):
3/30/2023
CARSON COMMUNITY BANK

**NAME AND ADDRESS OF THE VEHICLE OWNER**
JERRY LIVINGSTON AND/OR
SHERRY LIVINGSTON
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
52708322
(This is not a title number)



Handwritten note: Ln: 1234523  Keys

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____
Purchaser(s) Complete Address: _____
Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐☐☐☐☐☐ (NO TENTHS)
☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. Warning — Odometer Discrepancy

Signature of Seller(s): _____  Printed Name of Seller(s): _____
Subscribed and Sworn to Before me this _____ Day of _____, 20___
Notary Public: _____  Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____  Printed Name of Buyer(s): _____

**VOID IF ALTERED**

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER
(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)

VEHICLE IDENTIFICATION NUMBER: 3C63DRLL4CG267709  TITLE NUMBER: 810012979826

BUYER'S NAME (Printed): _____
BUYER'S ADDRESS/CITY/STATE/ZIP: _____
SELLER'S NAME (Printed): _____
SELLERS ADDRESS/CITY/STATE/ZIP: _____
SIGNATURE OF SELLER: _____  DATE OF SALE: _____
CONTROL No. (Not a Title Number): 52708322
VEHICLE LICENSE PLATE NUMBER: _____
NOTICE OF TRANSFER FILING FEE: $10.00

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| **VEHICLE IDENTIFICATION NUMBER** 1GKS2GKC8JR184415 | **YEAR** 2018 | **MAKE** GMC | **TITLE NO.** 810012840910 |
| **BODY TYPE** UT | **MODEL** YUKON XL | | **DATE 1st SOLD** 20-Dec-2017 — **DATE ISSUED** 14-Mar-2023 |
| **AGENT NO.** M7262 | **COLOR** White | **APPLICATION DATE** 13-Mar-2023 | **ODOMETER** 96314 Actual — **TYPE OF TITLE** Transfer |

**MAILING ADDRESS**

NELSON NISSAN LLC
800 W QUEENS ST
BROKEN ARROW OK 74012-1741

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

**NAME AND ADDRESS OF THE VEHICLE OWNER**
NELSON NISSAN LLC
800 W QUEENS ST
BROKEN ARROW OK 74012-1741

X _Jerry Livingston_

SERVICE OKLAHOMA
**LIEN ENTERED**
DATE 4-10-23
RECEIPT NO. L1498068776
LICENSE OPERATOR # 0105
DIANNE CROLEY  dc

4-14-23

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown, however, the vehicle may be subject to other security interests.

**CONTROL NO.**
(This is not a title number)

---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: WD2940)

OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP 5152146

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): Jerry and/or Mina Livingston
Purchaser(s) Complete Address: 23778 S Mitchell Lane Fort Gibson, OK 74434
Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

[ 9 6 3 1 4 ] (NO TENTHS)
[ ] 1. The odometer has exceeded its mechanical limits.
[ ] 2. The odometer reading is NOT the actual mileage. Warning Odometer Discrepancy

Signature of Seller(s): _(signed)_     Printed Name of Seller(s): Cara Brown
Subscribed and Sworn to Before me this 5 Day of 4 2023
Notary Public: Amanda Reek     Commission Expiration: 7-2-24

Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.

Signature of Buyer(s): _____     Printed Name of Buyer(s): _____

VOID IF ALTERED

# CERTIFICATE OF TITLE

## for a BOAT or OUTBOARD MOTOR
## STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| H.I.N. OR SERIAL NUMBER<br>2B524437 | YEAR<br>2017 | BOAT OR MOTOR<br>MOTOR | TITLE NO.<br>810011452321 |
| MAKE AND MODEL<br>MROB/ | F.D. PRICE<br>20,605.00 | LENGTH | DATE ISSUED<br>12-Apr-2022 |
| AGENT NO.<br>M5116 | H.P.<br>250 | T.D. PRICE | VESSEL OR MOTOR NO. | TYPE OF TITLE<br>Transfer |

APPLICATION DATE
04/11/2022

NAME AND ADDRESS OF OWNER

JERRY LIVINGSTON JR
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

THIS BOAT/MOTOR IS SUBJECT TO THE FOLLOWING LIEN(S):

It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vessel/motor described above which is subject to a lien(s) as shown; however, the vessel/motor may be subject to other liens or security interests.

CONTROL NO.
B2377177

(This is not a title number.)



## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the boat/outboard motor described on this certificate to the following, subject only to the encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

SERIAL NUMBER CONFIRMATION STATEMENT: I / we, the undersigned, hereby certify that I / we have physically inspected the boat/outboard motor identification number on the boat/outboard motor and affirm it is the same as the identification number reflected on the face of this certificate of title.

Signature of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Affix notary seal/stamp to the right.*

# CERTIFICATE OF TITLE

## for a BOAT or OUTBOARD MOTOR
## STATE OF OKLAHOMA

| | | | |
|---|---|---|---|
| H.I.N. OR SERIAL NUMBER<br>BUJ85839H718 | YEAR<br>2018 | BOAT OR MOTOR<br>BOAT | TITLE NO.<br>810011445672 |
| MAKE AND MODEL<br>TRKM/ | F.D. PRICE<br>29,170.00 | LENGTH<br>20 ft. 0 in. | DATE ISSUED<br>12-Apr-2022 |
| AGENT NO.<br>M5116 | H.P.<br>0 | T.D. PRICE | VESSEL OR MOTOR NO.<br>OK8845EF | TYPE OF TITLE<br>Transfer |
| | | APPLICATION DATE<br>04/11/2022 | |

NAME AND ADDRESS OF OWNER

JERRY LIVINGSTON JR
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

THIS BOAT/MOTOR IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vessel/motor described above which is subject to a lien(s) as shown; however, the vessel/motor may be subject to other liens or security interests.*

CONTROL NO.
B2377176
(This is not a title number.)



---

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the boat/outboard motor described on this certificate to the following, subject only to the encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

**SERIAL NUMBER CONFIRMATION STATEMENT:** I / we, the undersigned, hereby certify that I / we have physically inspected the boat/outboard motor identification number on the boat/outboard motor and affirm it is the same as the identification number reflected on the face of this certificate of title.

**Signature of Seller(s):** _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Affix notary seal/stamp to the right.*