IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JERRY LEE LIVINGSTON, JR. | ) | Case No. 25-80535 |
| MARIA LEANN LIVINGSTON | ) | Chapter 7 |
| | ) | |
| **Debtors.** | ) | |

**AMENDED MOTION FOR RELIEF FROM STAY AND
MOTION FOR ORDER OF ABANDONMENT**

Now Into Court, through undersigned counsel, Carson Community Bank, ("Mover") who, pursuant to 11 U.S.C. §§ 361, 362, 363 and Bankruptcy Rules 4001, 6007, requests an order conditioning, modifying, or dissolving the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code:

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

Movant is a secured creditor, who has liens on the following items of personal property:

- 2008 Dodge Ram;
- 2012 Dodge Ram;
- 20' Lowboy trailer;
- 2018 GMC Yukon;
- 2017 Yanmar excavator; and,
- 2018 Nitro Z20 bass boat with 250 Mercury outboard motor.

Debtors obtained loans from Mover on April 4, 2022, March 30, 2023, and February 15, 2024 as evidenced by promissory notes (the "Notes"). To secure payment of the Notes, the

Debtors executed UCC Financing Statements/ Security Agreements, which were filed with the Oklahoma County Clerk on March 30, 2023 and November 6, 2024 (the "Security Agreements"). The Security Agreements granted liens on the above-referenced items of personal property (the "Collateral") owned by the Debtors; copies of the Security Agreements and Financing Statements are attached hereto Exhibit 1.

In their Statement of Intention contained within their Petition, the Debtors stated their intention to surrender all of the above-referenced collateral. Mover submits that a relief from the automatic stay would allow it to collect and sell the collateral in a timely manner and avoid costs of storage and depreciation.

The subject property is burdensome to the estate and therefore should be abandoned.

WHEREFORE, Mover prays for an Order from the Court granting Mover relief from the automatic stay of § 362 of the Bankruptcy Code to permit Mover to proceed under law and for such other and further relief to which the Mover may be entitled.

Respectfully submitted,

*/s/ J. Lance Hopkins*

J. Lance Hopkins, OBA#14852
Attorney for
Carson Community Bank
219 W. Keetoowah
Tahlequah, OK 74464
(918) 456-8603
Lance.hopkinslaw@yahoo.com