



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Carson Community Bank - CCB Loan Dept - 9186967745

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Carson Community Bank
CCB Loan Dept
PO Box 512
Stilwell, Oklahoma 74960
United States

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **1b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| Livingston | Jerry | Lee | Jr |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** / **POSTAL CODE** | **COUNTRY** |
| 23778 S Mitchell LN | Fort Gibson | OK / 74434 | |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **2b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| Livingston | Maria | L | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** / **POSTAL CODE** | **COUNTRY** |
| 23778 S Mitchell LN | Fort Gibson | OK / 74434 | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Carson Community Bank | | | |
| **3b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |
| | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** / **POSTAL CODE** | **COUNTRY** |
| PO Box 512 | Stilwell | ok / 74960 | |

**4. COLLATERAL:** This financing statement covers the following collateral:

All equipment of whatever kind of nature, including but not limited to One (1) 2013 John Deere 332E Skid Steer Track Loader S/N:1T0332EMTDE243081, One (1) 2017 Yanmar V1055-6A Excavator S/N: AF060 and One(1) Blue, 2020 Whiteman Concrete Finisher S/N: KG0212944, plus all parts and attachments, wherever located, now owned and hereafter acquired, and all returns, repossessions, exchanges, substitutions, replacements, attachments, parts, accessories, and accessions thereto and thereof and all proceeds thereof, (whether in the forms of cash, instruments, chattel paper, general intangibles, accounts, or otherwise.)

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
LN #:1234523

Case 25-80535 Doc 28-2 Filed 09/20/25 Entered 09/20/25 15:45:34 Desc Exhibit
Page 1 of 4

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11) International Association of Commercial Administrators (IACA)

DCN: 82408A74179AE4E4774BE1688B4A8428

# SECURITY AGREEMENT/COLLATERAL AMENDMENT

DATE 05/07/2025

| DEBTOR'S NAME(S) AND ADDRESS | SECURED PARTY'S NAME AND ADDRESS |
|---|---|
| Jerry Lee Livingston Jr<br>Maria L Livingston<br>23778 S Mitchell LN<br>Fort Gibson, OK 74434 | Carson Community Bank<br>P O Box 512<br>Stilwell, OK 74960<br>(918) 696-7745 |

*Ln: 1234523*

This Amendment Agreement modifies the existing Security Agreement dated 03/30/2023 ("Security Agreement") between Debtor and Secured Party. Except as modified herein, terms defined in the Security Agreement shall have the same meaning in this Amendment Agreement.

The Security Agreement is amended as follows (*Check applicable boxes*):

☒ **RELEASE COLLATERAL.** The Security Agreement is amended to release the following collateral:
   One (1) 2013 John Deere 332E Skid Steere Track Loader VIN: 1T0332EMTDE243081
   One (1) 2020 Whiteman Concrete Finisher SN: KG0212944

☐ **ADD COLLATERAL.** The Security Agreement is amended to add the collateral, and Debtor hereby assigns and grants to Secured Party a security interest in the collateral, described below to secure the payment of the Indebtedness and performance of all of Debtor's obligations and agreements in the Security Agreement or other documents evidencing the Indebtedness:

☐ **OTHER AMENDMENTS.** The parties agree to the amendments to the Security Agreement set forth below:

The parties agree to the amendment(s) as of the first date referenced above. Except as modified by this Amendment Agreement, all terms, conditions, representations, warranties, covenants, and other provisions of the Security Agreement shall remain in full force and effect.

## DEBTOR'S SIGNATURE(S)

_____          _____
Jerry Lee Livingston Jr                                          Maria L Livingston

FORM COLLAMEND                                                    ©Copyright 08/19 *American Bank Systems, Inc.*

DCN: E740FA554970A5228623C0C7A5FAAD84...

# PROMISSORY NOTE – General

**DATE OF NOTE:** 03/30/2023

## DEBTOR'S NAME(S) AND ADDRESS
Jerry Lee Livingston Jr
Maria L Livingston
23778 S Mitchell LN
Fort Gibson, OK 74434

## LENDER'S NAME AND ADDRESS
Carson Community Bank
P O Box 512
Stilwell, OK 74960
(918) 696-7745

| NOTE NUMBER | MATURITY DATE | PRINCIPAL AMOUNT | CUSTOMER NUMBER | LOAN OFFICER | ACTUAL/360 | 30/360 |
|---|---|---|---|---|---|---|
| 1234523 | 04/15/2026 | $ 161,830.18 | | MH | ☒ ACTUAL/365 | |

- ☒ FIXED INTEREST RATE PER ANNUM: 9.2500 %
- ☐ VARIABLE RATE INDEX
  - PRESENT INDEX RATE ____ %
  - MARGIN OVER/UNDER INDEX ____ %
  - INITIAL PER ANNUM RATE ____ %
- VARIABLE RATE INDEX: _____
- MAXIMUM PER ANNUM INTEREST RATE CHANGE ____ %
- MINIMUM INTEREST RATE ____ %
- MAXIMUM INTEREST RATE ____ %

- ☒ NEW LOAN
- ☐ RENEWAL OF LOAN NUMBER(S)
- ☒ FULLY ADVANCED  ☐ MULTIPLE ADVANCES  ☐ REVOLVING CREDIT

**PURPOSE OF LOAN:** Commercial: Working Capital

**COLLATERAL DESCRIPTION:** See Attached Property Description Addendum

### PAYMENT TERMS:
This loan is due on demand or in absence of demand, payable as described below.

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | DATE OF PAYMENTS |
|---|---|---|
| 35 | $2,081.24 | monthly beginning 05/15/2023. |
| 1 | $130,383.68 | will be due at maturity 04/15/2026. |

**PROMISE TO PAY.** For value received, the undersigned Debtor, whether one or more, and jointly and severally if more than one, agrees to the terms of this Note and promises to pay to the order of the Lender named above at its place of business as indicated in this Note or such other place as may be designated in writing by Lender, the Principal Amount of this Note and any accrued and unpaid Finance Charges, together with interest on the unpaid Principal Amount until Maturity at the per annum interest rate(s) stated above and according to the payment terms stated above. Depending on the box checked above, interest on this Note is calculated either on the assumption that every year has 360 days and every month has 30 days (30/360) or on the actual number of days elapsed on a basis of a 360 day year (Actual/360) or a 365 day year (Actual/365). For purposes of computing interest and determining the date principal and interest payments are received, all payments will be deemed made only when received in collected funds. Payments are applied first to accrued and unpaid interest and other charges, and then to payment of the unpaid principal balance. In this Note, "Debtor" includes any party liable under this Note, including endorsers, co-makers, guarantors and otherwise, and "Lender" includes all subsequent holders.

**VARIABLE RATE.** If this is a Variable Rate transaction as indicated above, the interest rate shall vary from time to time with changes (whether increases or decreases) in the Index Rate shown above. The interest rate on this Note will be the Index Rate plus a Margin, if any, as indicated above. Each change will become effective as indicated below. If the Index Rate is Lender's base or prime rate, it is determined by Lender in its sole discretion, primarily on a basis of its cost of funds, is not necessarily the lowest rate Lender is charging its customers, and is not necessarily a published rate.

☐ Each change will become effective on the same date the Index Rate changes.
☐ Effective date of rate change: _____ and on the same day _____ thereafter.

**LATE PAYMENTS.** When permitted by law, any principal and/or interest amount not paid within 10 calendar days after the due date will be assessed 5% of the unpaid payment amount or $50.00, whichever is greater _____. After the maturity date, Lender may at its sole discretion accrue interest on the unpaid balance ☐ at the same interest rate and method effective before maturity ☒ at a rate equal to Current + 3.00% _____. ("Default Rate"). In no event shall the interest rate and related charges either before or after maturity be greater than permitted by law.

**ALL PARTIES PRINCIPALS.** All Debtors shall each be regarded as a principal and each Debtor agrees that any party to this Note, with Lender's approval and without notice to any other party, may from time to time renew this Note or consent to one or more extensions or deferrals of the Maturity Date for any term(s) or to any other modification(s) and all Debtors shall be liable in same manner as on the original note.

**ADVANCES AND PAYMENTS.** If the Fully Advanced box is checked, then the Debtor acknowledges that the entire Principal Amount has been advanced to the Debtor or for Debtor's account or benefit. For Multiple Advances or Revolving Credit, unless otherwise agreed in writing, Lender has not made a commitment to make any advances and has sole discretion to make, or not make, each advance under this Note. If the Multiple Advances box is checked, then the Debtor understands that the Lender will disburse the proceeds of this Note in increments, up to the Principal Amount, but that even if the Debtor prepays, the Debtor has no right to reborrow any amounts disbursed. The balance that the Debtor owes under this Note is the aggregate of all such disbursements, less any payments of principal made on this Note. Interest will accrue only on the actual amount of principal disbursed and outstanding from time to time. If the Revolving Credit box is checked, then the Debtor understands that the Lender will disburse the proceeds of this Note in increments up to the Principal Amount and that the remaining terms of this paragraph shall apply to this Note. The balance that the Debtor owes under this Note is the aggregate of all such disbursements, less any payments of principal made on this Note. The Debtor understands that the maximum amount of all such advances outstanding at any one time cannot exceed the Principal Amount, but that the Debtor may repay and reborrow up to the Principal Amount during the term of this Note. If the aggregate outstanding amount advanced under this Note ever exceeds the Principal Amount, then the Debtor will repay the excess upon demand, plus interest on the excess. There may be times when no principal is outstanding on this Note, but this Note and any collateral securing this Note remain valid and effective as to future advances under this Note. Any loans or advances the Lender makes to the Debtor or for the Debtor's account or benefit are presumed to be made under the terms of this Note. The Lender may make advances under this Note at the oral or written request of any person designated or authorized by the Debtor until the Debtor revokes such designation or authorization in writing received by the Lender, provided that the Lender has the right, but is not obligated, to require written authorization from the Debtor prior to honoring any oral request. Interest will accrue only on the actual amount of principal disbursed and outstanding from time to time.

**PREPAYMENT.** Debtor shall have the right to prepay all or any part of the principal due under this Note at any time, subject to the following conditions: (a) all interest must be paid through the date of any prepayment; (b) if this Note provides for monthly or other periodic payments, there will be no changes in the due dates or amounts following any partial prepayments unless Lender agrees to such changes in writing; and (c) upon prepayment, in whole or in part, Lender may charge and Debtor agrees to pay a fee or premium calculated as follows (this fee/premium provision will not apply if prohibited by applicable law):

**COLLATERAL.** This Note and all other obligations of Debtor to Lender, including renewals and extensions, are secured by all collateral securing this Note and by all other security interests and mortgages previously or later granted to Lender and by all money, deposits and other property owned by any Debtor and in Lender's possession or control.

---

LENDER'S SIGNATURE(S)

By: _/s/ Matt Hendrix_
Matt Hendrix, EVP/Cherokee Co Mkt President

By: _____

(Lender signatures optional)

DEBTOR(S) SIGNATURE(S)

_/s/ Jerry Lee Livingston Jr_
Jerry Lee Livingston Jr

_/s/ Maria L Livingston_
Maria L Livingston

ADDITIONAL PROVISIONS ON REVERSE SIDE

© Copyright 08/2020 American Bank Systems, Inc.
Form 763

# Property Description Addendum
## to Note: Commercial

| Borrower | Institution |
|---|---|
| Jerry Lee Livingston Jr<br>Maria L Livingston<br>23778 S Mitchell LN<br>Fort Gibson, OK 74434 | Carson Community Bank<br>P O Box 512<br>Stilwell, OK 74960<br>(918) 696-7745 |
| Loan Number 1234523 | Loan Date 03/30/2023 |

**Secured Property Description**

2008 Dodge ME3 CW VIN Number: 3D7MX49A38G214087
2012 Dodge Ram 3500 PK VIN Number: 3C63DRLL4CG267709
2018 GMC Yukon XL UT VIN Number: 1GKS2GKC8JR184415
All equipment of whatever kind or nature, including but not limited to One (1) 2013 John Deere 332E Skid Steer Track Loader S/N: 1T0332EMTDE243081, One (1) 2017 Yanmar V1055-6A Excavator S/N: AF060 and One (1) Blue, 2020 Whiteman Concrete Finisher S/N:KG0212944, plus all parts an attachments, wherever located, now owned or hereafter acquired, and all returns, repossessions, exchanges, substitutions, replacements, attachments, parts, accessories, and accessions thereto and thereof and all proceeds thereof, (whether in the forms of cash, instruments, chattel paper, general intangibles, accounts or otherwise).

_____
Signature
Jerry Lee Livingston Jr

_____
Signature
Maria L Livingston