# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3D7MX49A38G214087 | 2008 | DODG | 810012970400 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| CW | ME3 | | | 11-Apr-2023 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M0105 | Brown | 10-Apr-2023 | 92007 | Add Lien |
| | | | None | DATE INS. LOSS OR SALVAGE |

**MAILING ADDRESS**

CARSON COMMUNITY BANK
PO BOX 512
STILWELL OK 74960-0512

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):
3/30/2023
CARSON COMMUNITY BANK

*[handwritten: Keys]*
*[handwritten: Ln: 12345523]*

NAME AND ADDRESS OF THE VEHICLE OWNER
JERRY LEE LIVINGSTON JR
AND/OR SHERRY LIVINGSTON
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named herein is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

CONTROL NO.
52708317
(This is not a title number)

---

| IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE | **ASSIGNMENT OF TITLE BY REGISTERED OWNER**   (If Dealer, List License # Here: _____ ) |
|---|---|

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on this vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.

☐☐☐☐☐☐ (NO TENTHS) ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____   Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20___

Notary Public: _____   Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____   Printed Name of Buyer(s): _____

**VOID IF ALTERED**

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
## NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)



VEHICLE IDENTIFICATION NUMBER 3D7MX49A38G214087   TITLE NUMBER 810012970400

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____ DATE OF SALE: _____

CONTROL No. (Not a Title Number)   VEHICLE LICENSE PLATE NUMBER: _____
52708317   NOTICE OF TRANSFER FILING FEE: $10.00

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 3C63DRLL4CG267709 | 2012 | DODG | 810012979826 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| PK | RAM 3500 | | | 11-Apr-2023 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M0105 | White | 10-Apr-2023 | 72007 Actual | Add Lien |

DATE INS.
LOSS OR SALVAGE

MAILING ADDRESS

CARSON COMMUNITY BANK
PO BOX 512
STILWELL OK 74960-0512

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):
3/30/2023
CARSON COMMUNITY BANK

NAME AND ADDRESS OF THE VEHICLE OWNER
JERRY LIVINGSTON AND/OR
SHERRY LIVINGSTON
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown; however, the vehicle may be subject to other liens or security interests.*

Keys

Ln:
1234523

CONTROL NO.
52708322
(This is not a title number)

VOID IF ALTERED

### ASSIGNMENT OF TITLE BY REGISTERED OWNER (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

Purchaser(s) Name (Type or Print): _____

Purchaser(s) Complete Address: _____

Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked:

☐ 1. The odometer has exceeded its mechanical limits.
☐ (NO TENTHS) ☐ 2. The odometer reading is NOT the actual mileage. **Warning — Odometer Discrepancy**

Signature of Seller(s): _____ Printed Name of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20 _____

Notary Public: _____ Commission Expiration: _____

Affix Notary Seal / Stamp Here

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

Signature of Buyer(s): _____ Printed Name of Buyer(s): _____

---

## OKLAHOMA TAX COMMISSION / MOTOR VEHICLE DIVISION
### NOTICE OF TRANSFER

(SUBMISSION OF THIS FORM IS OPTIONAL - REFER TO INSTRUCTIONS ON REVERSE)



VEHICLE IDENTIFICATION NUMBER 3C63DRLL4CG267709     TITLE NUMBER 810012979826

BUYER'S NAME (Printed): _____

BUYER'S ADDRESS/CITY/STATE/ZIP: _____

SELLER'S NAME (Printed): _____

SELLERS ADDRESS/CITY/STATE/ZIP: _____

SIGNATURE OF SELLER: _____ DATE OF SALE: _____

CONTROL No. (Not a Title Number) 52708322     VEHICLE LICENSE PLATE NUMBER: _____

# CERTIFICATE OF TITLE

## STATE OF OKLAHOMA

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | TITLE NO. |
|---|---|---|---|
| 1GKS2GKC8JR184415 | 2018 | GMC | 810012840910 |

| BODY TYPE | MODEL | | DATE 1st SOLD | DATE ISSUED |
|---|---|---|---|---|
| UT | YUKON XL | | 20-Dec-2017 | 14-Mar-2023 |

| AGENT NO. | COLOR | APPLICATION DATE | ODOMETER | TYPE OF TITLE |
|---|---|---|---|---|
| M7262 | White | 13-Mar-2023 | 96314 Actual | Transfer |

DATE INS. LOSS OR SALVAGE

**MAILING ADDRESS**

NELSON NISSAN LLC
800 W QUEENS ST
BROKEN ARROW OK 74012-1741

THIS VEHICLE IS SUBJECT TO THE FOLLOWING LIEN(S):

SERVICE OKLAHOMA
**LIEN ENTERED**

DATE _4-10-23_
RECEIPT NO. _L1498068776_
LICENSE OPERATOR # 0106
DIANNE CROLEY _dc_

NAME AND ADDRESS OF THE VEHICLE OWNER
NELSON NISSAN LLC
800 W QUEENS ST
BROKEN ARROW OK 74012-1741

X _[signature]_

*It is hereby certified that according to the records of the Oklahoma Tax Commission the person named hereon is the owner of the vehicle described above which is subject to a lien(s) as shown, however, the vehicle may be subject to other security interests.*

_4-17-23_

CONTROL NO.
_2555177_

(This is not a title number)

---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER   (If Dealer, List License # Here: _WD2940_)

I/we hereby assign and warrant ownership of the vehicle described on this certificate to the following, subject only to the liens or encumbrances, if any, properly noted on this certificate.

**OKLAHOMA MOTOR VEHICLE $3.50 TAX STAMP**
5152146

Purchaser(s) Name (Type or Print): _Jerry and/or Nina Livingston_
Purchaser(s) Complete Address: _23778 S Mitchell Lane Fort Gibson, OK 74434_
Actual Purchase Price of Vehicle: _____

I certify to the best of my knowledge that the ODOMETER READING reflected on the vehicle's odometer and listed below is the ACTUAL MILEAGE of the vehicle UNLESS one of the accompanying statements is checked.

| 9 | 6 | 3 | 1 | 4 | (NO TENTHS) |

☐ 1. The odometer has exceeded its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. **Warning - Odometer Discrepancy**

Signature of Seller(s): _[signature]_       Printed Name of Seller(s): _Cara Brown_

Subscribed and Sworn to Before me this _5_ Day of _4_ , 20_23_

Notary Public _[signature]_  Commission Expiration: _7-2-24_

*Notarization required only of seller's signature(s). Affix notary seal/stamp to the right.*

_AMANDA REED NOTARY, #04005923 Expires July 2024, Affix Notary Seal/Stamp Here_

Signature of Buyer(s): _____       Printed Name of Buyer(s): _____

VOID IF ALTERED

# CERTIFICATE OF TITLE

for a BOAT or OUTBOARD MOTOR

## STATE OF OKLAHOMA

| H.I.N. OR SERIAL NUMBER | YEAR | BOAT OR MOTOR | TITLE NO. |
|---|---|---|---|
| 2B524437 | 2017 | MOTOR | 810011452321 |

| MAKE AND MODEL | F.D. PRICE | LENGTH | DATE ISSUED |
|---|---|---|---|
| MROB/ | 20,605.00 | | 12-Apr-2022 |

| AGENT NO. | H.P. | T.D. PRICE | VESSEL OR MOTOR NO. | TYPE OF TITLE |
|---|---|---|---|---|
| M5116 | 250 | | | Transfer |

APPLICATION DATE
04/11/2022

NAME AND ADDRESS OF OWNER

JERRY LIVINGSTON JR
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

THIS BOAT/MOTOR IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vessel/motor described above which is subject to a lien(s) as shown; however, the vessel/motor may be subject to other liens or security interests.*

CONTROL NO.

B2377L177

(This is not a title number.)



---

| IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE | **ASSIGNMENT OF TITLE BY REGISTERED OWNER** (If Dealer, List License # Here: _____) |

I/we hereby assign and warrant ownership of the boat/outboard motor described on this certificate to the following, subject only to the encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**SERIAL NUMBER CONFIRMATION STATEMENT:** I / we, the undersigned, hereby certify that I / we have physically inspected the boat/outboard motor identification number on the boat/outboard motor and affirm it is the same as the identification number reflected on the face of this certificate of title.

Signature of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of_____, 20 _____

| Notary Public: _____ Commission Expiration: _____ | *Affix Notary Seal / Stamp Here* |

*Affix notary seal/stamp to the right.*

Case 25-80535   Doc 28-3   Filed 09/20/25   Entered 09/20/25 15:45:34   Desc Exhibit
Page 4 of 5

# CERTIFICATE OF TITLE

### for a BOAT or OUTBOARD MOTOR

## STATE OF OKLAHOMA

| H.I.N. OR SERIAL NUMBER | YEAR | BOAT OR MOTOR | TITLE NO. |
|---|---|---|---|
| BUJ85839H718 | 2018 | BOAT | 810011445672 |

| MAKE AND MODEL | F.D. PRICE | LENGTH | DATE ISSUED |
|---|---|---|---|
| TRKM/ | 29,170.00 | 20 ft. 0 in. | 12-Apr-2022 |

| AGENT NO. | H.P. | T.D. PRICE | VESSEL OR MOTOR NO. | TYPE OF TITLE |
|---|---|---|---|---|
| M5116 | 0 | | OK8845EF | Transfer |

APPLICATION DATE
04/11/2022

NAME AND ADDRESS OF OWNER

JERRY LIVINGSTON JR
23778 S MITCHELL LN
FORT GIBSON OK 74434-6112

THIS BOAT/MOTOR IS SUBJECT TO THE FOLLOWING LIEN(S):

*It is hereby certified that according to the records of the Oklahoma Tax Commission, the person named hereon is the owner of the vessel/motor described above which is subject to a lien(s) as shown; however, the vessel/motor may be subject to other liens or security interests.*

CONTROL NO.

B2377176

(This is not a title number.)



---

## ASSIGNMENT OF TITLE BY REGISTERED OWNER  (If Dealer, List License # Here: _____)

IF REGISTERED OWNER (SELLER) IS A LICENSED DEALER, PLACE OKLAHOMA MOTOR VEHICLE TAX STAMP HERE

I/we hereby assign and warrant ownership of the boat/outboard motor described on this certificate to the following, subject only to the encumbrances, if any, properly noted on this certificate.

**Purchaser(s) Name** (Type or Print):_____

**Purchaser(s) Complete Address:**_____

**SERIAL NUMBER CONFIRMATION STATEMENT:** I / we, the undersigned, hereby certify that I / we have physically inspected the boat/outboard motor identification number on the boat/outboard motor and affirm it is the same as the identification number reflected on the face of this certificate of title.

Signature of Seller(s): _____

Subscribed and Sworn to Before me this _____ Day of _____, 20_____

Notary Public: _____ Commission Expiration: _____

*Affix Notary Seal / Stamp Here*

*Affix notary seal/stamp to the right.*