# Notice Recipients

District/Off: 1086–7  User: admin  Date Created: 09/24/2025
Case: 25–80535  Form ID: 318  Total: 53

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| ust | Office of the United States Trustee | | USTPRegion20.TU.ECF@usdoj.gov |
| tr | Kelley G Loud, Trustee | | kloudtrustee@titushillis.com |
| sp | Michael D. Denton, Jr | | michael@dentonlawfirm.com |
| aty | Anna C. Hanson | | anna@thehansonlawfirm.com |
| aty | J. Lance Hopkins | | Lance.hopkinslaw@yahoo.com |

                                                                                        TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jerry Lee Livingston, Jr. | 717 N. Oak St. | Checotah, OK 74426 | |
| jdb | Maria Leann Livingston | 717 N. Oak St. | Checotah, OK 74426 | |
| cr | Ally Bank c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| cr | Carson Community Bank | P.O. Box 390 | Westville, OK 74965 | |
| 1998450 | Advance America | 528 N. Main St. | Muskogee, OK 74401 | |
| 1998451 | Affirm | 650 California St., Floor 12 | San Francisco, CA 94108 | |
| 1998452 | Afterpay | 1955 Broadway, Ste 204 | Oakland, CA 94612 | |
| 1998453 | Ally Financial, Inc | Attn: Bankruptcy | Po Box 380901 | Bloomington, IL 55438 |
| 1998454 | Alpha Storage | 102 S. 4 Mile Rd. | Fort Gibson, OK 74434 | |
| 1998455 | Capital One | Attn: Bankruptcy | P.O. Box 30285 | Salt Lake City, UT 84130 |
| 1998456 | Carson Community Bank | 24 West Division St | Stilwell, OK 74960 | |
| 1998457 | Cherokee Temps | 928 N. York St, Ste 11 | Muskogee, OK 74403 | |
| 1998458 | Comenity Bank/Bealls Florida | Attn: Bankruptcy Department | Po Box 182125 | Columbus, OH 43218 |
| 1998459 | Comenity Bank/Maurices | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 |
| 1998460 | Comenity Bank/Victoria Secret | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 |
| 1998461 | Comenity Bk/Ulta | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 |
| 1998462 | Comenity/Boot Barn | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 |
| 1998463 | Comenity/MPRC | Attn: Bankruptcy | Po Box 182125 | Columbus, OH 43218 |
| 1998464 | Communication FCU | Attn: Bankruptcy | 4141 Nw Expressway, Ste 200 | Oklahoma, OK 73116 |
| 1998465 | Credit One Bank | Attn: Bankruptcy Department | 6801 Cimarron Rd | Las Vegas, NV 89113 |
| 1998466 | Empireeufa | 100 South Main | Eufaula, OK 74432 | |
| 1998467 | Family Loan | 915 W Gentry | Checotah, OK 74426 | |
| 1998468 | Fast Collection Services | Attn: Bankruptcy | 8202 Kingston Pike | Knoxville, TN 37919 |
| 1998469 | First Premier Bank | 3820 N Louise Ave | Sioux Falls, SD 57107 | |
| 1998470 | Goldman Sachs Bank USA | Attn: Bankruptcy | Po Box 70379 | Philadelphia, PA 19176 |
| 2007693 | KEITH HARDWARE AND SUPPLY INC | 911 South Lee Street | Fort Gibson, OK 74434 | |
| 1998471 | Keith's Hardware | 911 S Lee St. | Fort Gibson, OK 74434 | |
| 1998472 | Kikoff | Attn: Bankruptcy | 75 Broadway | San Francisco, CA 94111 |
| 1998473 | Klarna | 800 N High St, Ste 400 | Columbus, OH 43215 | |
| 1998474 | Mercury/FBT | Attn: Bankruptcy | Po Box 84064 | Columbus, GA 31908 |
| 1998475 | Midland Credit Mgmt | Attn: Bankruptcy | Po Box 939069 | San Diego, CA 92193 |
| 1998476 | Onepay/ccb | Po Box 513717 | Los Angeles, CA 90051 | |
| 1998477 | Peplsntlbk | 300 W Gentry Ave | Checotah, OK 74426 | |
| 1998478 | Possible Finance | 2231 First Avenue Ste B | Seattle, WA 98121 | |
| 1998479 | Regional Finance | 2207 Chandler Rd | Muskogee, OK 74403 | |
| 2007688 | Resurgent Receivables, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 1998480 | Sezzle | Attn: Bankruptcy | Po Box 3320 | Minneapolis, MN 55403 |
| 1998481 | Synchrony Bank/Amazon | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 1998482 | Synchrony Bank/Gap | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 1998483 | Synchrony Bank/Sams | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 1998484 | Synchrony/PayPal Credit | Attn: Bankruptcy | Po Box 965064 | Orlando, FL 32896 |
| 1998485 | Toledo Finance | 1910 N York St, Ste G | Muskogee, OK 74403 | |
| 1998486 | Tulsa Cities Ready Mix | 7860 S 87th W Ave | Tulsa, OK 74131 | |
| 2003976 | Twin Cities Ready Mix | 102 W. Ashland | McAlester, OK 74501 | |
| 2005157 | Twin Cities Ready Mix, Inc | C/O Dylan T. Duren | 401 S. Boston Ave., Suite 1600 | Tulsa, OK 74103 |
| 1998487 | Western Shamrock Corporation | Attn: Bankruptcy | 801 South Abe Street | San Angelo, TX 76903 |
| 1998488 | Williams Contracting | 4013 Tull Ave | Muskogee, OK 74403 | |
| 1998489 | Works & Lentz | 1437 S. Boulder Ave., Ste. 900 | Tulsa, OK 74119 | |

                                                                                        TOTAL: 48