# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 25-80535 | |
| **Case Name:** | LIVINGSTON, Jr., JERRY LEE AND LIVINGSTON, MARIA LEANN | |
| **For the Period Ending:** | 12/31/2025 | |

| | |
|---|---|
| **Trustee Name:** | Kelley G. Loud |
| **Date Filed (f) or Converted (c):** | 06/13/2025 (f) |
| **§341(a) Meeting Date:** | 07/23/2025 |
| **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 — 717 N. Oak St. Checotah, OK - 74426-0000 McIntosh County Lot 12, Block 8 of Merrick Addition to the City of Checotah located in the NW/4 of the NW/4 of Section 33, Township 12 North Range 17 East of the IBM, McIntosh County, State of OK | $24,000.00 | $0.00 | | $0.00 | FA |
| 2 — 2021 Dodge Ram 2500 | $30,000.00 | $0.00 | | $0.00 | FA |
| 3 — 2008 Dodge Ram | $13,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Plan is to surrender property | | | | | |
| 4 — 2012 Dodge Ram | $17,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Plan is to surrender property | | | | | |
| 5 — 2018 Nitro Z20 Bass Boat with 250 Mercury outboard motor | $25,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Plan is to surrender property | | | | | |
| 6 — 2018 GMC Yukon | $15,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Plan is to surrender property | | | | | |
| 7 — 2018 Yanmar 55 Excavator | $30,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Plan is to surrender property | | | | | |
| 8 — 2021 Lowboy 20' Flatbed Trailer | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Plan is to surrender property | | | | | |
| 9 — household goods and furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 — iphone 15, iphone 16, 2 ipads, 4 TVs | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 — fishing equipment | $300.00 | $300.00 | | $0.00 | $300.00 |
| 12 — Guns: 3 Muzcel loaders $50 each Remington 22 $50 2 20 gauge Remington pump $100 each 12 Browning B-80 $200 742 Woodmaster $100 Benelli 12 guage $300 | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 13 — clothing | $300.00 | $0.00 | | $0.00 | FA |
| 14 — wedding rings | $500.00 | $0.00 | | $0.00 | FA |
| 15 — 2 dogs and a cat | $0.00 | $0.00 | | $0.00 | FA |

| Case No.: | 25-80535 | | Trustee Name: | Kelley G. Loud |
|---|---|---|---|---|
| Case Name: | LIVINGSTON, Jr., JERRY LEE AND LIVINGSTON, MARIA LEANN | | Date Filed (f) or Converted (c): | 06/13/2025 (f) |
| For the Period Ending: | 12/31/2025 | | §341(a) Meeting Date: | 07/23/2025 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | Checking Armstrong Bank #2928 | $146.49 | $146.49 | | $0.00 | $146.49 |
| 17 | Checking Armstrong Bank #9182 | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Checking Armstrong Bank #9550 | $1.85 | $1.85 | | $0.00 | FA |
| 19 | Cash App | $8.23 | $8.23 | | $0.00 | FA |
| 20 | Cash App | $503.00 | $503.00 | | $0.00 | $503.00 |
| 21 | Checking Chime | $1.76 | $1.76 | | $0.00 | FA |
| 22 | Checking Navy Federal Credit Union 0719 | $1.73 | $1.73 | | $0.00 | FA |
| 23 | Savings Navy Federal Credit Union #1198 | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Checking Spark #8781 | $10.49 | $10.49 | | $0.00 | FA |
| 25 | Savings Spark #8782 | $1.71 | $1.71 | | $0.00 | FA |
| 26 | Venmo | $3.39 | $3.39 | | $0.00 | FA |
| 27 | Paypal | $0.00 | $0.00 | | $0.00 | FA |
| 28 | Paypal | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Everlake Life | $0.00 | $0.00 | | $0.00 | FA |
| 30 | Primerica Life | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Wrongful death lawsuit against Saint Francis. Filed once in 2016, dismissed and refiled in 2020 Tulsa County CJ-2020-3488 | Unknown | Unknown | | $0.00 | Unknown |
| 32 | finishing tools, 2 finish machines, plate compactor, quickie saw | $3,000.00 | $0.00 | | $0.00 | FA |
| 33 | Action pending against St. Francis (u) | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Asset**

| | | $172,778.65 | $1,978.65 | | $0.00 | $949.49 |

**Major Activities affecting case closing:**

12/31/2025      Action pending against St. Francis hospital. Tulsa County District Court CJ-20-3488. Special counsel retained by Estate.

**Initial Projected Date Of Final Report (TFR):**    12/31/2026      **Current Projected Date Of Final Report (TFR):**      /s/ KELLEY G. LOUD

KELLEY G. LOUD